FILED
**UNITED STATES DISTRICT COURT** OFFICE
**DISTRICT OF MASSACHUSETTS**

2005 SEP -9 A 11: 41

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** | ) Case No.: |
| | ) |
| Plaintiff | ) **CORPORATION DISCLOSURE** |
| | ) **STATEMENT** |
| vs. | ) |
| | ) |
| **Virginia Cowan** | ) |
| | ) |
| Defendant | ) **05 - 11835 RGS** |

   **Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1.  Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at

    330 Billercia Road, Chelmsford, Middlesex County, Massachusetts;

2.  Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

                                   Respectfully Submitted for the Plaintiff,
                                   Comcast of Massachusetts I, Inc.
                                   By Its Local Counsel,


9/8/05
Date

                                   John M. McLaughlin
                                   **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                   77 Pleasant Street
                                   P.O. Box 210
                                   Northampton, MA 01061
                                   Telephone: (413) 586-0865
                                   BBO No. 556328