AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts I, Inc

V.

Virginia Cowan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11835 RGS

TO: (Name and address of Defendant)

Virginia Cowan
1101 Sandy Lane
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK



(By) DEPUTY CLERK

SEP - 9 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |
| Check one box below to indicate appropriate method of service | | |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

September 21, 2005

I hereby certify and return that on 9/21/2005 at 9:45AM I served a true and attested copy of the SUMMONS, COMPLAINT, CORPORATE DISCLOSURE, COVER SHEET, CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of VIRGINIA D. COWAN, , 1101 SANDY Lane Wilmington, MA 01987 and by mailing 1st class to the above address on 9/21/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.30), Postage and Handling ($3.00), Travel ($9.60) Total Charges $45.90

*George A. Hooper*
Deputy Sheriff

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date            Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.