**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 1:05-cv-11835-RGS |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Virginia Cowan** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Virginia Cowan (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

> Respectfully Submitted for the Plaintiff,
> Comcast of Massachusetts I, Inc.
> By Its Attorney,

12/13/05                        /s/ John M. McLaughlin
Date                               John M. McLaughlin
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061
                                       Telephone: (413) 586-0865
                                       BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 13th day of December, 2005, a copy of the foregoing Request for Default was mailed first class to:

Virginia Cowan
1101 Sandy Lane
Wilmington, MA 01887

                                                /s/ John M. McLaughlin_____
                                                John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 1:05-cv-11835-RGS |
| ) | |
| **Plaintiff,** ) | AFFIDAVIT OF ATTORNEY FOR |
| ) | PLAINTIFF'S REQUEST |
| **vs.** ) | FOR DEFAULT |
| ) | |
| **Virginia Cowan** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On September 9, 2005, the Plaintiff filed a Complaint against the Defendant, **Virginia Cowan**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On September 21, 2005, the said Defendant was served **by last and usual place of abode, by Deputy Sheriff George A. Hooper** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 13th day of December, 2005.

>Respectfully Submitted for the Plaintiff,
>Comcast of Massachusetts I, Inc.
>By Its Attorney,
>
>/s/ John M. McLaughlin
>John M. McLaughlin
>**Green, Miles, Lipton & Fitz-Gibbon LLP**
>77 Pleasant Street
>P.O. 210
>Northampton, MA 01061
>Telephone: (413) 586-0865
>BBO No. 556328

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts I, Inc

V.

Virginia Cowan

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 11835 RGS

TO: (Name and address of Defendant)

Virginia Cowan
1101 Sandy Lane
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP - 9 2005

CLERK



DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

September 21, 2005

I hereby certify and return that on 9/21/2005 at 9:45AM I served a true and attested copy of the SUMMONS, COMPLAINT, CORPORATE DISCLOSURE, COVER SHEET, CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of VIRGINIA D. COWAN, , 1101 SANDY Lane Wilmington, MA 01887 and by mailing 1st class to the above address on 9/21/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.30), Postage and Handling ($3.00), Travel ($9.60) Total Charges $45.90

*George A. Hooper*
Deputy Sheriff

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 1:05-cv-11835-RGS |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Virginia Cowan,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                          BY THE COURT

                          _____

                          Deputy Clerk